ALPHONSE O. FRAZER *vs.* INHABITANTS of LEWISTON.

Androscoggin. Opinion December 18, 1884.

*Ways. Defects. Action for damages.*

Towns and cities are liable for damages suffered from defective public ways only when an action is given by statute.

An action for such injury is not given to the father of a child whose life is lost by reason of a defective way. Nor does such action accrue or survive to the father, either at common law or by statute.

EXCEPTIONS to the ruling of the court in overruling a demurrer to the declaration.

The opinion states the case.

The plaintiff submitted without argument.

*D. J. Callahan*, for the defendants.

HASKELL, J. This is an action on the case against Lewiston, brought by the father to recover damages for the loss of the life of his minor son, caused by a defective and unsafe street.

Towns are liable for damages suffered from defective public ways, only, when an action is given by statute. *Mitchell* v. *The City of Rockland*, 52 Maine, 118; *Mower* v. *Leicester*, 9 Mass. 247; *Sawyer* v. *Inhbts. of Northfield*, 7 Cush. 490.

R. S., c. 18, sec. 80, gives such action to the executor or administrator of the person whose life has been lost through such defect, but does not give the father such remedy; nor does the action accrue or survive to him, either at common law, or by statute.

*Exceptions sustained.*
*Declaration adjudged bad.*

PETERS, C. J., WALTON, VIRGIN, LIBBEY and EMERY, JJ., concurred.